UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COFFEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAPUTO CHEESE USA, INC.,<br><br>　　　　Defendant. | Case No. 1:17-cv-00041-MJS<br><br>ORDER APPROVING, IN PART, STIPULATION<br><br>(ECF NO. 13)<br><br>ORDER STAYING ACTION |

On April 14, 2017, the parties appeared before the Court for a telephonic scheduling conference. Therein, the Court discussed the parties' stipulation to stay the instant case until the resolution of a putative class action involving identical parties, John Coffee v. Saputo Cheese USA, Inc., No. 1:16-cv-01825-DAD-MJS ("Coffee I").

As stated in the conference, the Court is disinclined to stay this matter indefinitely pending resolution of the class action, which may remain pending for months or years. Nonetheless, based on the parties' representations that they anticipate mediation in the companion Coffee I case in the coming months, the Court will approve in part the parties' stipulation and grant a limited stay of this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. The stipulation for stay of action (ECF No. 13) is approved in part;
2. The matter is stayed to and including July 15, 2017;
3. No later than ten days prior to the expiration of the stay, the parties shall file a status report regarding the status of settlement of <u>Coffee I</u> and any other matter bearing on the stay of this action.

IT IS SO ORDERED.

Dated: April 21, 2017            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE